AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina - Beaufort Division

**Michael J. Ferola**

*Plaintiff*

v.                                            Civil Action No.    **9:13CV02413-RBH**

**William R. Byars, Jr.,
Gregory Knowlin, Kenneth Sharp,
Willie Eagleton, Maria Leggins.
Jerry Adger, Mrs. Brackenberry,
Ann Hallman, Captain Rogers,
Lt. Powell, Lt. Brayboy, Lt. Wheeler,
Cpl. Miller, Cpl. Conyers, Officer Fulton,
Michael Bowers, Major West,
Associate Warden Sellers,
Associate Warden McFadden,
Ms. Graves, IGC , Evans**

*Defendant*S

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ the plaintiff recover nothing of Defendants:

Officer Fulton, as to the deliberate indifference claim and summary judgment having been previously granted as to the denial of access to the courts claim;

Defendants, Mrs. Brackenberry, Ann Hallman, Willie Eagleton, Maria Leggins. Captain Rogers, Lt. Powell, Lt. Brayboy, Lt. Wheeler, Cpl. Miller, Cpl. Conyers, Major West, Associate Warden Sellers, Associate Warden McFadden and Ms. Graves, IGC, Evans, having been previously dismissed without prejudice;  William R. Byars, Jr., Gregory Knowlin, Kenneth Sharp, Jerry Adger and Michael Bowers having been previously dismissed with prejudice this action is hereby dismissed.

This action was *(check one)*:

☒ tried by a jury, the Honorable R. Bryan Harwell presiding, **as to defendant, Officer Fulton, on the deliberate indifference claim,** and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

                                                                        CLERK OF COURT

August 23 , 2016                                                     s/Maxine Campbell, Deputy Clerk